**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  Carlos A. Penafiel  
       Massiel G. Penafiel

Case No.: 18-20647 (SLM)

Chapter: 7

Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on August 14, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 133 Walnut Street, Teaneck, NJ, having a fair market value of $322,400.00.

> Liens on property:
>
> Bank of America, N.A.
> $374,165.36

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000

F0025621 - 1

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                Case No. 18-20647-SLM
Carlos A. Penafiel                                                    Chapter 7
Massiel G. Penafiel
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2        Date Rcvd: Jul 12, 2018
                              Form ID: pdf905              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
db/jdb         +Carlos A. Penafiel,    Massiel G. Penafiel,    133 Walnut Street,    Teaneck, NJ 07666-3935
517553353       American Express,    PO Box 1270,    Newark, NJ 07101-1270
517553355      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517553356       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517553357       Barclay Jetblue Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
517553358       Bloomingdales,    PO Box 78008,    Phoenix, AZ 85062-8008
517553371       CSC Credit Services,    PO Box 740040 Box 740040,    Atlanta, GA 30374-0040
517553361       Carlos and Massiel Penafiel,    133 Walnut St,    Teaneck, NJ 07666-3935
517553362       Chase Mileage Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
517553363       Chase Slate Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
517553365       Citi Diamond Preferred Cards,    PO Box 9001037,    Louisville, KY40290-1037
517553366       Citi Simplicity,    PO Box 9001037,    Louisville, KY 40290-1037
517553367       Citi Simplicity CitiCards,    PO Box 9001037,    Louisville, KY 40290-1037
517553368       Citibank,    PO Box 6181,    Sioux Falls, SD57117-6181
517553372       Equifax Information Services LLC,    PO Box 740256,    Atlanta, GA 30374-0256
517553373       Experion,    PO Box 9701,    Allen, TX 75013-9701
517553377       New Jersey Division of Taxation Bankruptcy Section,    PO Box 245,    Trenton, NJ 08646-0245
517553378       Phillips & Cohen Associates,    1002 Justison St,    Wilmington, DE 19801-5148
517553379       Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
517553381       Trans Union,    PO Box 1000,    Chester, PA 19022-1023
517553382       Weltman & Moskowitz, LLP,    18 Columbia Tpke Ste 200,    Florham Park, NJ 07932-2266
517553383       Zwicker & Associates, P.C.,    PO Box 9013,    Andover, MA 01810-0913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2018 23:26:01     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2018 23:25:58     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:31:08
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517553375       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 12 2018 23:26:12     Honda Financial Services,
                 PO Box 70252,    Philadelphia, PA 19176-0252
517553354       E-mail/Text: legal@arsnational.com Jul 12 2018 23:25:33     ARS National Services, Inc.,
                 PO Box 469100,    Escondido, CA 92046-9100
517553359       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2018 23:30:12
                 Capital One Bank (USA), NA,    PO Box 6492,    Carol Stream, IL 60197-6492
517553360       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2018 23:31:15     Capital One Bank USA,
                 PO Box 6492,    Carol Stream, IL 60197-6492
517553364      +Fax: 602-659-2196 Jul 13 2018 00:11:40     Chex Systems Inc.,    7805 Hudson Rd Ste 100,
                 Woodbury, MN 55125-1703
517553369       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 23:25:36
                 Comenity - Victoria’s Secret,    PO Box 659728,    San Antonio, TX78265-9728
517553370       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 12 2018 23:25:36     Comenity - West Elm,
                 PO Box 659705,    San Antonio, TX78265-9705
517553374       E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:35     GAP/Synchrony Bank,
                 PO Box 530942,    Atlanta, GA 30353-0942
517553376       E-mail/Text: cio.bncmail@irs.gov Jul 12 2018 23:25:12     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517554055      +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:35     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517553380       E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:06
                 Synchrony Financial (Home Design/HI/PJL),    PO Box 960061,    Orlando, FL 32896-0061
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jul 12, 2018
                              Form ID: pdf905          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA rsolarz@kmllawgroup.com
              Richard E. Weltman    on behalf of Joint Debtor Massiel G. Penafiel rew@weltmosk.com,
               mlm@weltmosk.com;mkj@weltmosk.com
              Richard E. Weltman    on behalf of Debtor Carlos A. Penafiel rew@weltmosk.com,
               mlm@weltmosk.com;mkj@weltmosk.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```