**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carlos A. Penafiel | Social Security number or ITIN  xxx–xx–5186 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Massiel G. Penafiel | Social Security number or ITIN  xxx–xx–7578 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18-20647-SLM

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carlos A. Penafiel                                  Massiel G. Penafiel

8/24/18                                             **By the court:**  Stacey L. Meisel
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318     **Order of Discharge**     page 2

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 18-20647-SLM
Carlos A. Penafiel                                          Chapter 7
Massiel G. Penafiel
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2       Date Rcvd: Aug 24, 2018
                              Form ID: 318             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db/jdb         +Carlos A. Penafiel,   Massiel G. Penafiel,   133 Walnut Street,   Teaneck, NJ 07666-3935
517553357       Barclay Jetblue Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
517553358       Bloomingdales,    PO Box 78008,   Phoenix, AZ 85062-8008
517553371       CSC Credit Services,   PO Box 740040 Box 740040,   Atlanta, GA 30374-0040
517553361       Carlos and Massiel Penafiel,   133 Walnut St,   Teaneck, NJ 07666-3935
517553362       Chase Mileage Cardmember Service,   PO Box 1423,   Charlotte, NC 28201-1423
517553363       Chase Slate Cardmember Service,   PO Box 1423,   Charlotte, NC 28201-1423
517553365       Citi Diamond Preferred Cards,   PO Box 9001037,   Louisville, KY40290-1037
517553366       Citi Simplicity,   PO Box 9001037,   Louisville, KY 40290-1037
517553367       Citi Simplicity CitiCards,   PO Box 9001037,   Louisville, KY 40290-1037
517553368       Citibank,    PO Box 6181,   Sioux Falls, SD57117-6181
517553372       Equifax Information Services LLC,   PO Box 740256,   Atlanta, GA 30374-0256
517553373       Experion,    PO Box 9701,   Allen, TX 75013-9701
517553377       New Jersey Division of Taxation Bankruptcy Section,   PO Box 245,   Trenton, NJ 08646-0245
517553378       Phillips & Cohen Associates,   1002 Justison St,   Wilmington, DE 19801-5148
517553379       Sears Credit Cards,   PO Box 78051,   Phoenix, AZ 85062-8051
517553381       Trans Union,    PO Box 1000,   Chester, PA 19022-1023
517553382       Weltman & Moskowitz, LLP,   18 Columbia Tpke Ste 200,   Florham Park, NJ 07932-2266
517553383       Zwicker & Associates, P.C.,   PO Box 9013,   Andover, MA 01810-0913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: cforman@iq7technology.com Aug 24 2018 23:27:42     Charles M. Forman,
                 Forman Holt,   66 Route 17 North,   Paramus, NJ 07652-2742
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2018 23:26:48     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2018 23:26:46     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 25 2018 03:08:00     Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,   Norfolk, VA 23541-1021
517553375       EDI: HNDA.COM Aug 25 2018 03:08:00     Honda Financial Services,   PO Box 70252,
                 Philadelphia, PA 19176-0252
517553354       EDI: ARSN.COM Aug 25 2018 03:08:00     ARS National Services, Inc.,   PO Box 469100,
                 Escondido, CA 92046-9100
517553353       EDI: AMEREXPR.COM Aug 25 2018 03:08:00     American Express,   PO Box 1270,
                 Newark, NJ 07101-1270
517553355       EDI: BANKAMER.COM Aug 25 2018 03:08:00     Bank of America,   PO Box 15019,
                 Wilmington, DE 19886-5019
517553356       EDI: BANKAMER.COM Aug 25 2018 03:08:00     Bank of America, N.A.,   PO Box 31785,
                 Tampa, FL 33631-3785
517553359       EDI: CAPITALONE.COM Aug 25 2018 03:08:00     Capital One Bank (USA), NA,   PO Box 6492,
                 Carol Stream, IL 60197-6492
517553360       EDI: CAPITALONE.COM Aug 25 2018 03:08:00     Capital One Bank USA,   PO Box 6492,
                 Carol Stream, IL 60197-6492
517553364      +Fax: 602-659-2196 Aug 24 2018 23:46:07     Chex Systems Inc.,   7805 Hudson Rd Ste 100,
                 Woodbury, MN 55125-1703
517553369       EDI: WFNNB.COM Aug 25 2018 03:08:00     Comenity - Victoria's Secret,   PO Box 659728,
                 San Antonio, TX78265-9728
517553370       EDI: WFNNB.COM Aug 25 2018 03:08:00     Comenity - West Elm,   PO Box 659705,
                 San Antonio, TX78265-9705
517553374       EDI: RMSC.COM Aug 25 2018 03:08:00     GAP/Synchrony Bank,   PO Box 530942,
                 Atlanta, GA 30353-0942
517553376       EDI: IRS.COM Aug 25 2018 03:08:00     Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517554055      +EDI: RMSC.COM Aug 25 2018 03:08:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517553380       EDI: RMSC.COM Aug 25 2018 03:08:00     Synchrony Financial (Home Design/HI/PJL),
                 PO Box 960061,   Orlando, FL 32896-0061
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Charles M. Forman,   Forman Holt,   66 Route 17 North,   Paramus, NJ 07652-2742
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2         User: admin              Page 2 of 2                  Date Rcvd: Aug 24, 2018
                             Form ID: 318             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              Charles M. Forman    cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA rsolarz@kmllawgroup.com
              Richard E. Weltman    on behalf of Joint Debtor Massiel G. Penafiel rew@weltmosk.com,
               mlm@weltmosk.com;mkj@weltmosk.com
              Richard E. Weltman    on behalf of Debtor Carlos A. Penafiel rew@weltmosk.com,
               mlm@weltmosk.com;mkj@weltmosk.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```